IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TRISTANO KORLOU,　　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　)　Case No.: 3:11-cv-00802 VLB
　　　　　　　　　　　　　　　　　　　　)
v　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
ASSOCIATED CREDIT SERVICES INC.,　　 )
　　　　　Defendant　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　July 12, 2011
　　　　　　　　　　　　　　　　　　　　)

**STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS THIS ACTION WITH PREJUDICE AGAINST DEFENDANT, ASSOCIATED CREDIT SERVICES, INC.**

　　Now comes the Plaintiff, Tristano Korlou, by his attorney, Angela K. Troccoli, Esquire and Defendant, Associated Credit Services, Inc., hereby stipulate and agree that the action be Dismissed, with prejudice, each party to bear their own attorneys fees and with all rights of appeal waived.

| TRISTANO KORLOU, | ASSOCIATED CREDIT SERVICES INC. |
| By his Attorney, | By their Attorney, |
| /s/ Angela K. Troccoli | /s/ Michael J. Dugan |
| Angela K. Troccoli, Esquire, Id# ct28597 | Michael J. Dugan, Esquire, Id# ct18669 |
| Kimmel & Silverman, PC | Litchfield Cavo, LLP |
| *The New England Office* | 40 Tower Lane, Suite 200 |
| 60 Hartford Pike, PO Box 325 | Avon, CT 06001 |
| Dayville, CT 06241 | (860) 255-5577- direct dial |
| (860) 866-4380- direct dial | (860) 255-5566- facsimile |
| (860) 263-0919- facsimile | dugan@litchfieldcavo.com |
| atroccoli@lemonlaw.com | |